**NATIONAL LABOR RELATIONS BOARD, Petitioner**

v.

**MOLONEY ELECTRIC CO.**

No. 16715.

United States Court of Appeals Eighth Circuit.

July 24, 1961.

Marcel Mallet-Prevost, Asst. Gen. Counsel and Dominick L. Manoli, Assoc. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

William H. Ferrell, St. Louis, Mo., for respondent.

PER CURIAM.

Order of Labor Board enforced, pursuant to stipulation of parties.

**UNITED STATES of America, Appellant**

v.

**Harold Grant TILBURY.**

No. 16742.

United States Court of Appeals Eighth Circuit.

July 25, 1961.

Miles W. Lord, U. S. Atty., St. Paul, Minn., for appellant.

Harlan G. Sween, Attorney, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.

**Charles McELROY, Appellant**

v.

**UNITED STATES of America.**

No. 16788.

United States Court of Appeals Eighth Circuit.

June 6, 1961.

Charles McElroy, pro se.

D. Jeff Lance, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed on motion of appellee for want of prosecution.

**Melvin HAYES**

v.

**UNITED STATES of America.**

No. 6664.

United States Court of Appeals Tenth Circuit.

June 9, 1961.

Glenn R. Jones, Denver, Colo., for appellant.

Lawrence M. Henry, U. S. Atty., Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and BRATTON and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed June 9, 1961, without written opinion, for the reasons stated in the trial court's opinion, D.C., 194 F.Supp. 807.